MANDATE

# United States Court of Appeals
## For the First Circuit

03-00023
Rhode Island
M. Lisi

---

No. 04-1569

UNITED STATES OF AMERICA,

Appellee,

v.

REYNALDO A. HILARIO-POLANCO,

Defendant, Appellant.

---

Before

Lynch, Lipez, and Howard,
Circuit Judges.

---

JUDGMENT

Entered: January 30, 2006

In view of the government's concession that defendant has satisfied his burden under United States v. Antonakopoulos, 399 F.3d 68 (1st Cir. 2005), we affirm the conviction, but vacate the sentence and remand for resentencing in light of United States v. Booker, 125 S. Ct. 738 (2005). We intimate no view as to whether the same or a different sentence should be imposed on remand.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Gallardo
Deputy Clerk

Date: 2.22.06

[certified: Hon. Mary M. Lisi, David DiMarzio, Clerk]
[cc: Donald Lockhart, AUSA, Gerard B. Sullivan, AUSA,
James Michael Fox., Esq.]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J. Calardo Date: 2·22·06