JC

2006 FEB 21 P 2:18
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

To: Office of the Clerk
United States Court of Appeals
John Joseph Moakey U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

DC # cr 03-23 Lisi, J.

In re: United States vs. Hilarion-Polanco
First Circuit Court of Appeals No.04-1569

Dear Clerk of Court:

I am the Defendant, Appellant in the above-captioned action. I am writing in regards of the court order judgment entered: January 30, 2006, which the court affirm my conviction, but vacated - sentence and remanded for resentencing....

Because the First Circuit appointed attorney James M. Fox to, represent me in the instant action proceedings and because attorney James M.Fox has concluded his representation on my behalf, and it is further anticipated that I will be resentenced by in the U.S., district court in the future I respectfully request the court to the appointment of counsel to be represented at the U.S. district court proceedings.

If, the court finds no jurisdiction in for to appointment of counsel at this stage then the court upon further request should forward this request to the appointment of counsel to the appropriate U.S. district court office for consideration based on the above remand.

Respectfully requested this 13th day of February 2006.

By Reynaldo Hilario Polanco
Reynaldo Hilario-Polanco
05273-070
FCI Fort Dix
PO. Box 7000
Fort Dix NJ 08640
Bldg. 5803 west

Pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge information and belief this 13th day of January 2006.

Executed: By Reynaldo Hilario Polanco this 13th day of January 2006.
Reynaldo Hilario-Polanco

DOCKETED