UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATE OF AMERICA

V. CR 03-023-01ML

REYNALDO HILARIO-POLANCO

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further Order of this Court.

By Order:

Barbara Barletta
Deputy Clerk

ENTER:

Mary M. Lisi
Mary M. Lisi 3/17/06
United States District Judge